AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

*In re Episource LLC Data Breach Litigation*

This Document Relates To All Actions

Civil Action No. 2: 25-cv-05330-SB (MBKx)

**SUMMONS IN A CIVIL ACTION**
**CONSOLIDATED CLASS ACTION COMPLAINT**

To: *(Defendant's name and address)*
Blue Cross and Blue Shield of Arizona, Inc.
8220 North 23rd Avenue
Phoenix, AZ 85021

(See Attachment A for additional Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Stephen G. Larson<br>slarson@larsonllp.com<br>LARSON LLP<br>555 South Flower Street, 30th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 436-4864 | Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>AHDOOT & WOLFSON, PC<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Tel: (310) 474-9111 | Daniel S. Robinson (SBN 244245)<br>drobinson@robinsonfirm.com<br>ROBINSON CALCAGNIE, INC.<br>19 Corporate Plaza Drive<br>Newport Beach, CA<br>Tel: (949) 720-1288 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-05330-SB (MBKx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A
TO SUMMONS IN A CIVIL ACTION**

**This attachment lists additional defendants for the middle section of the summons request that begins, "To: (*Defendant's name and address*)." This middle section appears below the caption of the summons and above the line, "A lawsuit has been filed against you."**

*(Defendant(s), cont'd)*

DEVOTED HEALTH, INC.
838 Walker Road Suite 21-2
Dover, DE 19904

WELLCARE HEALTH PLANS, INC.
1200 South Pine Island Road
Plantation, FL 33324

VNS CHOICE d/b/a VNS HEALTH PLANS
80 State Street
Albany, NY 12207

AETNA INC.
357 East Center Street, Suite. 2J
Manchester, CT 06040

TRIPLE-S ADVANTAGE, INC.
1441 Roosevelt Avenue
San Juan, PR 00920

ELEVANCE HEALTH, INC.
220 Virginia Avenue
Indianapolis, IN 46204

and

HEALTH PLAN OF WEST VIRGINIA
1110 Main Street
Wheeling, WV 26003