UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL DUNLAP, JR. et al, | Case No. 2:25-cv-05330-SB-MBK |
| Plaintiff, | Case No. 2:25-cv-09719-SB-MBK |
| v. | |
| EPISOURCE LLC, | ORDER RE CONSOLIDATION |
| Defendant. | |

Defendant Episource LLC filed a notice stating that Case No. 2:25-cv-09719-SRM-AJRx is related to *In re Episource LLC Data Breach Litigation*, Case No. 2:25-CV-05330-SB-MBK.  Case No. 2:25-cv-09719-SRM-AJRx, Dkt. No. 14. Plaintiff did not file a statement contesting the notice of related case.  *See* L.R. 83-1.3.2 (providing a seven-day window after a notice of related case for any party to set forth reasons why the case does not qualify as related).  Pursuant to its July 18 order consolidating cases (Case No. 2:25-CV-05330-SB-MBK, Dkt. No. 24), the Court consolidates Case No. 2:25-cv-09719-SB-MBK with *In re Episource LLC Data Breach Litigation* and directs the clerk's office to administratively close the case.  Within 14 days of the entry of this order, any party to the consolidated action may file an objection to this order.  *See* Case No. 2:25-CV-05330-SB-MBK, Dkt. No. 24 ¶ 5.  Any objection shall be filed in Case No. 2:25-CV-05330-SB-MBK.

Date: October 27, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1