Tina Wolfson (SBN 175806)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111
towlfson@ahdootwolfson.com

| | |
|---|---|
| Stephen G. Larson (SBN 145225) | Daniel S. Robinson (SBN 244245) |
| **LARSON, LLP** | **ROBINSON CALCAGNIE, INC.** |
| 555 S. Flower Street, 30th Floor | 19 Corporate Plaza Drive |
| Los Angeles, CA 90071 | Newport Beach, CA 92660 |
| (213) 436-4864 | (949) 720-1288; Fax (949) 720-1292 |
| slarson@larsonllp.com | drobinson@robinsonfirm.com |

*Interim Lead Counsel for Plaintiffs*
*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| *In re Episource LLC Data Breach Litigation*<br><br>This Document Relates to: All Actions | Case No. 2:25-cv-05330-SB-MBK<br><br>**PLAINTIFFS' JANUARY 6, 2026 TIME AND EXPENSE REPORT**<br><br>Judge: Hon. Stanley Blumenfeld Jr.<br>Ctrm: 6C |

**PLAINTIFFS' JANUARY 6, 2026 TIME AND EXPENSE REPORT**

Pursuant to the Time and Expense Billing Protocol, included as Exhibit 1 to the September 3, 2025 Order Appointing Interim Lead Counsel for Plaintiffs (Dkt. 65), Plaintiffs hereby submit this report regarding time and expenses incurred by Plaintiffs' counsel.

The table below reflects the unaudited time and expenses incurred by Plaintiffs' counsel between the appointment of Lead Counsel on September 3, 2025, and November 30, 2025. Firms with only *de minimis* time to report during this timeframe have been excluded from this initial report. Lead Counsel will audit all time, including the time reported below, prior to Plaintiffs' Motion for Attorneys' Fees to ensure compliance with the Time and Expense Billing Protocol. Lead Counsel anticipates the totals set forth below to be reduced following the auditing process.

Lead Counsel recognize the Court's interest in ensuring that litigation of this magnitude proceeds efficiently and without unnecessary duplication. Consistent with that objective, Lead Counsel have delegated discrete and case-specific tasks to other Plaintiffs' Counsel, including assisting with vetting their respective clients for potential inclusion in the Consolidated Complaint (Dkt. 76), gathering client-specific documents and information in response to discovery served by Defendants, and assisting with briefing related to Defendants' various pleading challenges set to be heard on January 9, 2026, among other tasks. This work has been coordinated by Lead Counsel to ensure efficiency, prevent duplication, and maintain consistency across pleadings and discovery responses.

As the case progresses, Lead Counsel will continue to coordinate work assignments to avoid parallel efforts; exclude or adjust time that is duplicative, administrative, or insufficiently described; coordinate common discovery issues, templates, and protocols applicable across Plaintiffs; utilize resources for joint/shared work product; and will continue to phase work so that it is proportional to the posture

Case 2:25-cv-05330-SB-MBK  Document 223  Filed 01/06/26  Page 3 of 4  Page ID #:2337

of the case and each Defendant's participation.

| Law Firm | Post-Appointment Hours | Post-Appointment Lodestar | Total Expenses |
|---|---|---|---|
| Ahdoot Wolfson | 203.5 | $ 204,062.00 | $ 626.53 |
| Barrack, Rodos & Bacine | 10.2 | $ 9,440.00 | $ 492.05 |
| Cotchett, Pitre & McCarty, LLP | 50.6 | $ 44,905.00 | $ 0.00 |
| Finkelstein Blankinship Frei-Pearson & Gaber, LLP | 10.2 | $ 5,335.00 | $ 0.00 |
| Federman & Sherwood | 21.2 | $ 10,315.00 | $ 0.00 |
| Hausfeld LLP | 19.1 | $ 14,610.00 | $ 46.65 |
| Kopelowitz Ostrow P.A. | 29.3 | $ 29,218.00 | $ 405.00 |
| Larson LLP | 202.1 | $ 164,707.50 | $ 3,144.25 |
| Lynch Carpenter | 23.2 | $ 22,265.00 | $ 920.83 |
| Milberg | 98.2 | $ 84,337.60 | $ 822.50 |
| Morgan & Morgan | 23.5 | $ 10,235.60 | $ 3,438.98 |
| Pearson Warshaw, LLP | 51.1 | $ 53,760.00 | $ 418.17 |
| Robinson Calcagnie, Inc. | 67.2 | $ 45,823.50 | $ 1,070.56 |
| Other Firms[1] | | | $ 2,025.00 |
| **TOTAL** | **809.4** | **$ 699,014.2** | **$ 13,410.52** |

Upon request, Lead Counsel for Plaintiffs will make the time and expense reports available for *in camera* review the Court. Lead Counsel for Plaintiffs will submit the next Time and Expense Report on or about April 7, 2026.

Dated: January 6, 2025

*/s/ Tina Wolfson*
Tina Wolfson
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(310) 474-9111
towlfson@ahdootwolfson.com

///

///

---

[1] Other Firms' costs include filing fees for the initial complaints only.

3
PLAINTIFFS' JANUARY 6, 2026 TIME AND EXPENSE REPORT

/s/ Stephen G. Larson
Stephen G. Larson
**LARSON, LLP**
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
(213) 436-4864
slarson@larsonllp.com

/s/ Daniel S. Robinson
Daniel S. Robinson
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Dr.
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
drobinson@robinsonfirm.com

*Interim Lead Counsel for Plaintiffs*

/s/ Daniel L. Warshaw
Daniel L. Warshaw
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
dwashaw@pwfirm.com

*Interim Liaison Counsel for Plaintiffs*