Tina Wolfson (SBN 174806)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Tel: (310) 474-9111
*twolfson@ahdootwolfson.com*

Stephen G. Larson (SBN 145225)
**LARSON LLP**
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Tel: (213) 436-4864
*slarson@larsonllp.com*

Daniel S. Robinson (SBN 244245)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel: (949) 720-1288;
Fax: (949) 720-1292
*drobinson@robinsonfirm.com*

Daniel L. Warshaw (SBN 185365)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel: (818) 788-8300
*dwarshaw@pwfirm.com*

*Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| *In re Episource LLC Data Breach Litigation*<br><br>This Document Relates To: All Actions | Case No. 2:25-CV-5330-SB-MBK<br><br>Assigned to: Honorable Stanley Blumenfeld, Jr.<br><br>**DECLARATION OF DAVID BARTELT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MHI'S MOTION TO COMPEL ARBITRATION**<br><br>Date:   March 20, 2026<br>Time:  8:30 a.m.<br>Crtrm.: 6C<br><br>Judge:  Hon. Stanley Blumenfeld Jr. |

- 1 -
DECLARATION OF DAVID BARTELT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MHI'S MOTION TO COMPEL ARBITRATION

I, David Bartelt, declare the following:

1. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am one of the named plaintiffs in this proposed class action and submit this Declaration in support of Plaintiffs' Opposition to Molina Healthcare Inc.'s ("Molina" or "MHI") Motion to Compel Arbitration.

3. I understand that Molina seeks to compel me to arbitrate my claims against it instead of pursuing them in court on behalf of myself and proposed Class Members in this litigation.

4. I do not believe that I should be forced to arbitrate my claims against Molina rather than pursuing my claims in court.

5. I have reviewed the Declaration of Alan Tong in Support of Defendant Molina Healthcare of California's Motion to Compel Arbitration (Dkt. 248-2).

6. I do not recall ever registering for an account on Molina's website.

7. Although Mr. Tong asserts in paragraph 28 that "MHI maintains business records of enrollments in Molina online accounts" and claims to identify the dates when certain other individuals registered for Molina accounts, he does not declare or provide any evidence for when I registered for a Molina account.

8. I recall registering for Molina's services over ten years ago, while in the State of Wisconsin. On that date, I signed up for Molina's services with the assistance of two men who claimed to be representatives of Molina, who came to my home to sign me up using paper documents. Most of my communications with Molina have been in person or via telephone. I rarely use a computer and, as stated above, do not recall ever registering for a Molina online account.

9. At paragraph 32, Mr. Tong declares that "MHI also maintains business records of activity in Molina online accounts." However, while Mr. Tong purports to

identify the last sign-in date of other individuals, there is no allegation or evidence as to the last time I signed into a Molina account.

10. I do not recall ever reviewing Molina's online Terms of Use. As such, I do not believe I can have given up my rights to bring a claim against Molina in court based on Molina's website's Terms of Use.

11. I have no experience reviewing or drafting arbitration clauses. I have never participated in an arbitration and I am not sophisticated in matters of contracts and arbitration.

12. I was not aware of Molina's arbitration provision until after litigation of this matter began.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on  February 26, 2026

By: _____/s/ David Bartelt_____
DAVID BARTELT

DECLARATION OF DAVID BARTELT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MHI'S MOTION TO COMPEL ARBITRATION